UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

FRANK MANFRED, II,

    Plaintiff,

v.

POLLACK & ROSEN, P.A.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, FRANK MANFRED, II, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, POLLACK & ROSEN, P.A., is a professional association and citizen of the State of Florida with its principal place of business at North Tower Suite 450, 800 Douglas Road, Coral Gables, Florida 33134.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's cellular voice mail on his cellular telephone on or about the dates stated:

June 12, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for Frank Manfred. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1786639. Thank you, goodbye.

June 19, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for Frank Manfred. The law requires I notify you that I'm calling from a debt collection law

2

firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1786639. Thank you, goodbye.

June 26, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for Frank Manfred. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1786639. Thank you, goodbye.

July 10, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for Frank Manfred. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1786639. Thank you, goodbye.

July 24, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for Frank Manfred. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1786639. Thank you, goodbye.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to disclose to Plaintiff in the messages Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough

5

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658