UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61622-CIV-ZLOCH


FRANK MANFRED,

       Plaintiff,

vs.                              **<u>FINAL ORDER OF DISMISSAL</u>**

POLLACK & ROSEN, P.A.,

       Defendant.
_____/

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 24), filed herein by Plaintiff, Frank Manfred, and Defendant, Pollack & Rosen, P.A.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Joint Stipulation For Dismissal With Prejudice (DE 24) filed herein by the Plaintiff, Frank Manfred, and Defendant, Pollack & Rosen, P.A., be and the same is hereby approved, adopted and ratified by the Court;

2.  The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs; and

3.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____28th____ day of December, 2011.


WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record

2